■ In the Matter of JOYCE A-M. and Another, Children Alleged to be Neglected. YVETTE A., Appellant; ADMINISTRATION FOR CHILDREN's SERVICES, Respondent. [888 NYS2d 745]-

The placement is moot as the date scheduled for the next per-

manency hearing has passed (*see Matter of Stephon Elijah G.*, 63 AD3d 640 [2009]). The finding of neglect is supported by a preponderance of the evidence showing that respondent failed to timely pick up the children from day care, necessitating police involvement to ensure their safety, and had been found guilty of neglect in prior, separate proceedings. Concur—Mazzarelli, J.P., Sweeny, Catterson, Freedman and Roman, JJ.